**Saad Usman LODHI, Plaintiff–Appellant,**

v.

**FAIRFAX COUNTY, BOARD OF SUPERVISORS/VIRGINIA, Defendant–Appellee.**

**No. 12–2564.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 28, 2013.

Saad Usman Lodhi, Appellant Pro Se. Sarah Wallace Townes, County Attorney's Office, Fairfax, Virginia, for Appellee.

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saad Usman Lodhi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lodhi v. Fairfax Cnty.*, No. 1:12–cv–01108–JCC–JFA (E.D.Va. Dec. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*